IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| VINCENT WILLIAMS | § | |
| VS. | § | CIVIL ACTION NO.  1:20-CV-508 |
| WARDEN, FPC BEAUMONT | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner Vincent Williams, a prisoner confined at the Federal Prison Camp in Beaumont, Texas, proceeding *pro se*, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge.  The magistrate judge recommends granting Respondent's Motion for Summary Judgment and dismissing the Petition without prejudice.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings.  Proper notice was given to Petitioner at his last known address.  *See* FED. R. CIV. P. 5(b)(2)(C).  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of the magistrate judge (Doc. #9) is ADOPTED. Respondent's

Motion for Summary Judgment (Doc. #8) is GRANTED.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

    **SIGNED** this the **14** day of **July, 2022.**

_____
Thad Heartfield
United States District Judge